UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALPHA OUSMANE BARRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00066-JRS-MKK |
| | ) | |
| BRISON SWEARINGEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Court granted Alpha Barry's petition for a writ of habeas corpus and directed that he be released from federal immigration detention "subject to his most recently applicable order of supervision." Dkt. 14 at 6. The respondents notified the Court on February 19, 2026, that they had released Mr. Barry. Dkt. 16.

Mr. Barry has filed a motion to enforce the Court's order. Dkt. 19. In short, he alleges that his custodians have not returned his Employment Authorization Document, which prevents him from working and demonstrating that he is in compliance with his order of supervision. The respondents have not responded to the motion.

Counsel for all parties will have **through April 7, 2026**, to file notice that they have met and conferred regarding the return of Mr. Barry's Employment Authorization Document. If the matter cannot be resolved without Court intervention, the respondents will have **through April 10** to file a written response to the merits of Mr. Barry's motion.

**IT IS SO ORDERED.**

Date: 3/31/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Adam R Whitesel Cassingham
Scott D. Pollock & Associates
rc@lawfirm1.com

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Scott D. Pollock
Scott D. Pollock & Associates, P.C.
spollock@lawfirm1.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov