UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALPHA OUSMANE BARRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00066-JRS-MKK |
| | ) | |
| BRISON SWEARINGEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Alpha Barry's motion to withdraw his previously filed motion to enforce judgment, dkt. [29], is **granted**. The motion to enforce, dkt. [19], is **denied as moot**.

**IT IS SO ORDERED.**

Date: 4/23/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Adam R Whitesel Cassingham
Scott D. Pollock & Associates
rc@lawfirm1.com

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Scott D. Pollock
Scott D. Pollock & Associates, P.C.
spollock@lawfirm1.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov